Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs

Michael L. Mallow (SBN 188745)
mmallow@sidley.com
Darlene M. Cho (SBN 251167)
dcho@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

[*Additional Counsel on following page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA MARTINEZ and ANDREW GROSE, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation, and HONDA NORTH AMERICA, INC., a California corporation,<br><br>        Defendants. | Case No. 2:17-cv-4714-SJO-SS<br><br>Assigned to: Honorable S. James Otero<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Complaint filed: June 26, 2017 |

Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Tom Kayes (*admitted pro hac vice*)
tkayes@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants

STIPULATION OF DISMISSAL

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the voluntary dismissal of Plaintiffs Carolina Martinez and Andrew Grose's individual claims against Defendants American Honda Motor Co., Inc. and Honda North America, Inc. with prejudice.  Plaintiffs' class claims are dismissed without prejudice.  This stipulation of dismissal disposes of the entire action.


Date: March 8, 2018                          CAPSTONE LAW APC

By:/s/ *Jordan L. Lurie*
                                                                   Jordan L. Lurie
                                                                   Tarek H. Zohdy
                                                                   Cody R. Padgett
                                                                   Karen L. Wallace
                                                                   Attorneys for Plaintiffs


Date:  March 8, 2018                         SIDLEY AUSTIN LLP
                                                                   Michael L. Mallow
                                                                   Livia M. Kiser
                                                                   Darlene M. Cho
                                                                   Tom Kayes

By:/s/ *Michael L. Mallow*
                                                                   Michael L. Mallow
                                                                   Attorneys for Defendants
                                                                   AMERICAN HONDA MOTOR
                                                                   CO., INC. and HONDA NORTH
                                                                   AMERICA, INC.

1

STIPULATION OF DISMISSAL