UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6 ___:___
Scan Only

---

CASE NO.:  CV 17-04714 SJO (SSx)                DATE:  March 15, 2018

TITLE:  Carolina Martinez v. American Honda Motor Co., Inc., a California corporation et al

========================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Joint STIPULATION to Dismiss Case pursuant to Federal Rule of Civil Procedure 41(a) filed by Plaintiffs Andrew Grose, Carolina Martinez [ECF # 41]. Accordingly, the Court Orders that this matter shall be dismissed pursuant to the Joint STIPULATION to Dismiss.

All pending hearings are vacated and taken off this Court's calendar.